| DOCUMENTS UNDER SEAL ☒ | | | | TOTAL TIME (mins):   15 mins | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Brenda Tolbert | | REPORTER/FTR 2:10 - 2:26 | | |
| MAGISTRATE JUDGE MARIA-ELENA JAMES | | DATE July 28, 2011 | | NEW CASE ☐ | CASE NUMBER 3-11-70865 MEJ | |

**APPEARANCES**

| DEFENDANT Christina Liew | AGE 49 | CUST AC | P/NP P | ATTORNEY FOR DEFENDANT Izzie Ramsey | PD. ☐ RET. ☒ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Pete Axelrod/John Hemann | INTERPRETER Marilyn Luong-Mandarin | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER KJ Gibson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☒ INITIAL APPEAR 5 mins | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☒ DETENTION HRG 10 mins | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**

**JUL 28 2011**

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELEASE**

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 1 Million | SPECIAL NOTES | ☒ PASSPORT SURRENDERED DATE:7-29-11 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☒ CASH   $ 100,000 | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: 8-4-11 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. NC | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Deft ordered to Marshals for processing. Parties requested that matter remain under seal-Granted.

Lili

DOCUMENT NUMBER: