AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
AUG 05 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America
v.
Christina Liew

*Defendant*

Case No.

3 11 70865

## ARREST WARRANT

**MEJ**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christina Liew ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
witness tampering, in violation of 18 U.S.C. 1512, and making false statements to a government agent, in violation of 18 U.S.C. 1001

Date: 7-27-11

*Issuing officer's signature*

City and state: San Francisco, California

Hon. Maria-Elena James, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 07/27/2011, and the person was arrested on *(date)* 07/28/2011
at *(city and state)* Orinda, California.

Date: 08/05/2011

*Arresting officer's signature*

Cynthia Ho, Special Agent, FBI
*Printed name and title*