AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
AUG 11 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America
v.
Christina Liew

Defendant

Case No.

1 11 70865

MEJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Christina Liew ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

witness tampering, in violation of 18 U.S.C. 1512, and making false statements to a government agent, in violation of 18 U.S.C. 1001

Date: 7-27-11

*Issuing officer's signature*

City and state: San Francisco, California    Hon. Maria-Elena James, U.S. Magistrate Judge
*Printed name and title*

**EXECUTED**

### Return

| | |
|---|---|
| This warrant was received on *(date)* 07/27/2011 , and the person was arrested on *(date)* 07/28/2011 at *(city and state)* Orinda CA. | |
| Date: 08/09/2011 | By _____ USMS NDCA 011  *Arresting officer's signature* <br> FBI SA White / FBI SA Ho <br> J. HARKIN    DEPUTY U.S. MARSHAL <br> *Printed name and title* |